IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CHRISTOPHER WILSON,

    Plaintiff.

v.                                                                                              Civil Action No. 19-CV-0020-FL

WILLOWHEART LLC,
EDWARD MCDONALD, individually, and
SEAN PROVENCHER,

    Defendants.

## **ORDER**

This matter comes before the Court on Defendants' Unopposed Motion for Leave to File Amended Motion to Dismiss. Plaintiff does not oppose this motion. Therefore, for good cause shown,

IT IS HEREBY ORDERED that Defendants' motion is GRANTED. Defendants have fourteen days from the date of entry of this Order to file an amended motion to dismiss and memorandum in support. Additionally, Defendants' Motion to Dismiss (Dkt. No. 11) is DENIED AS MOOT.

Dated: __March 22, 2019__                                       By: _/s/ Louis W. Flanagan_
                                                                        UNITED STATES DISTRICT JUDGE